ORIGINAL

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

SEP 15 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _WESTERN_ DISTRICT OF TEXAS
_SAN ANTONIO_ DIVISION

_JOAQUIN ALVAREZ #01542223_
Plaintiff's Name and ID Number  3201 FM 929
_HUGHES T.D.C.J. FACILITY_
_GATESVILLE TEXAS  76597_
Place of Confinement

SA:21-CV-00894-XR

SA21CA0879 XR

CASE NO._____
(Clerk will assign the number)

v.

_MR. ADRIAAN JANSSE  700 N. ST. MARYS STREET_
_SUITE 1500   SAN ANTONIO TEXAS  78205_
Defendant's Name and Address
_REGIONAL DIRECTOR (NAME UNKNOWN) 3001 S. EMILY DR. BEEVILLE TX. 78102_
_SENIOR WARDEN SIFUENTES  3001 S. EMILY DR. BEEVILLE TX. 78102_
Defendant's Name and Address
_JOHN DOE-TRANSPORTATION OFFICER #01  3001 S. EMILY DR. BEEVILLE TX._
_78102  JOHN DOE-TRANSPORTATION OFFICER #02  3001 S. EMILY DR. BEE-_
Defendant's Name and Address   _VILLE  TX. 78102_
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 25th day of September 2015
      2. Parties to previous lawsuit:
         Plaintiff(s) JOAQUIN ALVAREZ
         Defendant(s) FARINA MENDOZA, JARED T. DUNBAR, ELVIS E. EDOBOR
      3. Court: (If federal, name the district; if state, name the county.) WESTERN
      4. Cause number: 5:15-CV-00844-RCL
      5. Name of judge to whom case was assigned: ROBERT L. PITMAN
      6. Disposition: (Was the case dismissed, appealed, still pending?) SETTLEMENT
      7. Approximate date of disposition: 06th Day of March 2019

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: HUGHES FACILITY GATESVILLE TX.

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: JOAQUIN ALVAREZ
HUGHES T.D.C.J. FACILITY 3201 FM 929
GATESVILLE TEXAS 76597

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: REGIONAL DIRECTOR (T.D.C.J.) NAME UNKNOWN 3001 S. EMILY DR. BEEVILLE TX. 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Policy Administrator of Policy which denied me basic human needs and discouraged me from continuing lawsuit with free will by torture device.

Defendant #2: SENIOR WARDEN SIFUENTES (T.D.C.J.) 3001 S. EMILY DR. BEEVILLE TX. 78102

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Placed me in Administrative Segregation in cell with No running water, Theft of property, and placed on a 4½ hour to 5 hour van ride.

Defendant #3: UNKNOWN TRANSPORTATION OFFICER (T.D.C.J.) 3001 S. EMILY DRIVE BEEVILLE TX. 78102

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Administered Policy of transporting me in van ride 4½ to 5 hour which caused me to urinate in my pants and placed Lock box torture on wrist.

Defendant #4: UNKNOWN TRANSPORTATION OFFICER (T.D.C.J.) 3001 S. EMILY DR. BEEVILLE TX. 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Administered Policy of transporting me in van ride 4½ to 5 hour which caused me to urinate in my pants and placed lok box torture on wrists.

Defendant #5: Adrian Janssen (Attorney at Law) 700 N. ST. MARYS STREET, SUITE 1500 SAN ANTONIO TX. 78205

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Neglected civil lawsuit and gave erroneous and fraudulent advise and abandoned client. Pendant State Law claim.

Rev. 05/15

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about March 12 2019, I was placed on a 300-325 mile bus ride, which lasted two days. Then placed in Administrative Segregation for about 30 days, in a filthy cell with bacteria stained walls and floor with no running water and officers whom did security checks every 30 minutes woke everyone up asking "are you alive?" Disciplinary violating cellmates were housed in same cellblock whom also kept constant noisy environment and I was not allowed recreation or showers on a daily basis eventually I became sick from the rats entering my cell

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ORDER INJUNCTION OF ONE HOUR MAXIMUM VAN RIDE AND DECLATORY RELIEF

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

JOAQUIN ALVAREZ  JOAQUIN INSALL ALVAREZ JR.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

625837   673225   777814   01542223

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?           ___YES ___NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date warning was issued: _____

Executed on: 09-09-21
             DATE

_JOAQUIN ALVAREZ_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __09th__ day of __September__, 20 __21__.
              (Day)                (month)             (year)

_JOAQUIN ALVAREZ_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

V. STATEMENT OF CLAIM: (continued)

Then on March 15, 2019 and at about 2:45 a.m. I was awoken to be told to get ready for transportation to a court appointment. Then at about 3:45 a.m. I was placed in an attorney booth, which after that point I was denied access to a toilet and a urinal. #② At about 4:45 Transportation officers arrived and strip searched me with a cavity search and issued me with tight fitting clothing with no button or zipper which caused my pants to constanly slide down. Afterwards I was placed in schackles, leg restraints on ankles, waist and wrist, with an extra torture lock box on wrist which caused my wrist to twist away from each other keeping me in constant pain then placed me in a 4½ to 5 hour van cage ride where freezing temperatures. After arriving at the Federal court house I was urinating in my pants and both of the unknown transportation officers denied me bathroom with a toilet or urinal.

#③ At about 9:00 a.m. I was placed in courtroom and my

(PAGE ONE

attorney Adriaan Jansse told me that I could not exchange my clothes and told me that he told my mother Not to bring my suit to court. I told him to request from the attorney general to grant me

ONE: A TIME SERVED ON SENTENCE VIA: PARDON.
TWO: AN INTERSTATE COMPACT TRANSFER TO A MICHIGAN PRISON.
THREE: A PRISON TRANSFER TO THE HUNTSVILLE FACILITY, OR RAMSEY ONE FACILITY.
FOUR: CRAFT SHOP PRIVILEGES.
FIVE: COLLEGE ENROLLMENT IN LEE COLLEGE.

in which he responded that he would not ask for too much. #(4) Afterwards I was sent back to Administrative Segregation where I spent about 25 more unconscionable days and was placed on destinationless bus rides in which #(5) my Property was confiscated by McConnell officials under Senior Warden Si Fuentes supervision and resulted in Theft and property conversion.

#(6) As I arrived back in Gatesville Texas I was told by my attorney Adriaan Jansse that my property would be immediately returned to me and

(PAGE TWO

(Continued)

that I would be at my college designated facility within two months.

Attorney Jansse denied me a transcript of the hearing in regard to his Advisory to the Court Motion concerning my retaliation complaints for keeping me in lockdown.

Attorney Jansse misinformed my about the status of the April 01st 2019 hearing and told me that there was no information regarding the defendants response to that hearing. Furthermore he told me that I should sign the settlement agreement under duress after I rejected the standard form made by Defendants and third party prison officials to which Jansse refused my request to modify terms.

Attorney Jansse did not oppose multiple extension of time to sign settlement agreement against my request and instructions.

*I.A.*

(Page Three of Three)

## II. PREVIOUS LAWSUITS

1. Approximate date of filing suit: about November 15, 2015
2. Parties to lawsuit: Plaintiff: JOAQUIN ALVAREZ, Defendant: ROY F. WHITE.
3. WESTERN DISTRICT COURT, SAN ANTONIO DIVISION.
4. CAUSE No: 5:15-CV-01073-OLG.
5. NAME OF JUDGE ASSIGNED TO CASE: CHIEF JUDGE ORLANDO L. GARCIA.
6. DISPOSITION: TRANSFERRER TO JUDGE LAMBERTH FOR SETTLEMENT.
7. DATE OF DISPOSITION: 06th day of March 2019

## III.

1. Approximate date of filing suit: about October 21st, 2019.
2. Parties to Lawsuit: Plaintiff: JOAQUIN ALVAREZ. DEFENDANT: CHIMDI A. AKWITTI.
3. WESTERN DISTRICT COURT, WACO DIVISION
4. CAUSE NO: 6:19-CV-00623-ADA
5. NAME OF JUDGE ASSIGNED TO CASE: ALAN D. ALBRIGHT
6. DISPOSITION: PENDING
7. DATE OF DISPOSITION: PENDING



18k-19

**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: Joaquin Alvarez   TDCJ # 1542223
Unit: Hughes   Housing Assignment: Temporarily
Unit where incident occurred: Mc Connell T.D.C.J.

**OFFICE USE ONLY**
Grievance #: 2019092989
UGI Recd Date: JUN 2 7 2019
HQ Recd Date: JUL 0 1 2019
Date Due: 08-06
Grievance Code: 202
Investigator ID#: _____
Extension Date: 9-15-20__

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because...

The inhumane & cruel conditions that I found myself in at Mc Connell Units Administrative Segregation's Transient (Cell # 12 A08), through-out Feb. 14th and untill Mar. 14th in which I complained of to Warden Sifuentes via: internal letters, sick-call/medical requests, verbally and finally in my Step-One grievance complaint.
None of the issues were ever resolved as of this date (June 27th 2019) because I desperately urged the Senior Warden Sifuentes to 'please take me out of lock-up,' give me medical and mental health counseling, and the least cell maintenance or finally honor my transfer to a Region One Unit to the college class of my choice.
Instead I was kept in Isolation cell # 12 A08 confined to my cell for 24 hours a day — seven days a week (with the exception of showers) Under unconscionable conditions which included a filthy cell, without cleaning supplies, drinking or washing water & unsanitary food, rat/mouse infestation, inadequate ventilation, and extreme heat.
I endured to be taken several times to San Antonio by means of a procedure and policy for transportation in T.D.C.J. Van rides up to 5 hours causing me to urinate on myself.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

For the ride my wrist arms and body was subjected to a wrists torture device in which I fell and hurt myself all under the Control, Oversight and Approval of Regional Director Martinez, Senior Warden Sifuentes and Assistant Warden Miller, which effectively discouraged continuance of lawsuit.

**Offender Signature:** _[signature]_  **Date:** June 27 2019

**Grievance Response:**

An investigation was conducted into your concerns. Your Step 1 response was appropriate. Only one issue will be addressed per grievance. No further action is warranted.

**Signature Authority:** _ML_ M. LEWANDOWSKI  **Date:** 9/12/19

| Returned because: *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| | **Initial Submission** _____ **CGO Initials:** _____ |
| ☐ 1. Grievable time period has expired. | Date UGI Recd: _____ |
| ☐ 2. Illegible/Incomprehensible.* | Date CGO Recd: _____ |
| ☐ 3. Originals not submitted.* | (check one) ___ Screened ___ Improperly Submitted |
| | Comments: _____ |
| ☐ 4. Inappropriate/Excessive attachments.* | Date Returned to Offender: _____ |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | **2nd Submission** _____ **CGO Initials:** _____ |
| | Date UGI Recd: _____ |
| ☐ 6. Inappropriate.* | Date CGO Recd: _____ |
| | (check one) ___ Screened ___ Improperly Submitted |
| Signature Authority: _____ | Comments: _____ |
| | Date Returned to Offender: _____ |
| **CGO Staff Signature:** _____ | **3rd Submission** _____ **CGO Initials:** _____ |
| | Date UGI Recd: _____ |
| | Date CGO Recd: _____ |
| | (check one) ___ Screened ___ Improperly Submitted |
| | Comments: _____ |
| | Date Returned to Offender: _____ |
| I-128 Back (Revised 11-2010) | Appendix G |

Offender Signature:
Grievance Response:
Signature Authority:
Returned because: *Resubmit this form when corrections are made.
☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*
Returned because: *Resubmit this form when corrections are made.

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOAQUIN ALVAREZ, #01542223

### DEFENDANTS
ADRIAAN JANSSE, ET AL.

**SA21-CV-00894-XR**

(b) County of Residence of First Listed Plaintiff: **CORYELL**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
HUGHES UNIT
3201 FM 929
GATESVILLE, TX 76597

Attorneys *(If Known)*
SA21CA0879 XR

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983

Brief description of cause:
PRISONER CIVIL RIGHTS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 09/15/2021

SIGNATURE OF ATTORNEY OF RECORD
Diana Garcia, Deputy Clerk

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP ✓  JUDGE _____  MAG. JUDGE **MJ-HJB**

JOAQUIN ALVAREZ
T.D.C.J. # 01542223
FROM: MR. JOAQUIN.
HUGHES MAX. FACILITY
3201 FM 929
GATESVILLE TX.
76597

RECEIVED
SEP 15 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

7020 2450 0001 3434 5099

SA21CA0879 XR MJ-HJB

Ms. JEANETTE J. CLACK, CLERK
U.S. DISTRICT CLERK'S OFFICE
JOHN H. WOOD U.S. COURTHOUSE G65
655 EAST CESAR E. CHAVEZ BLVD.
SAN ANTONIO, TX. 78206

